**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6825**

DAWUD RAHIM,

                    Plaintiff - Appellant,

          v.

THE SOUTH CAROLINA DEPARTMENT OF PROBATION, PAROLE, AND PARDON SERVICES,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  J. Michelle Childs, District Judge.  (0:16-cv-02440-JMC)

Submitted:  December 19, 2017                    Decided:  December 21, 2017

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dawud Rahim, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dawud Rahim appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rahim v. SC Dep't of Prob.*, No. 0:16-cv-02440-JMC (D.S.C. June 7, 2017). We deny Rahim's motion to amend. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*